IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

UNITED STATES OF AMERICA

v.

KENNETH WILLIAM SCOTT

CASE NO. 1:25-CR-87-MOC

**MOTION TO DISMISS
INDICTMENT**

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States Attorney for the Western District of North Carolina hereby moves to dismiss the above-captioned indictment without prejudice. The Government has confirmed that the defendant is deceased as of the date of this filing.

Respectfully submitted this 23rd day of February 2026.

RUSS FERGUSON
UNITED STATES ATTORNEY

Alex M. Scott, Kansas Bar No. 25490
Assistant United States Attorney
100 Otis Street, Suite 233
Asheville, NC 28801
(828) 271-4661